UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABIGAILE I. PEREZ, a minor, by LILLIAN PEREZ, her mother and next friend; LILLIAN PEREZ, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 08 C 3932 |
| v. | ) ) ) | Judge Der-Yeghiayan |
| SHERMAN HOSPITAL, a corporation, SHERMAN HEALTH SYSTEMS, a corporation, WELL CARE NEONATOLOGISTS, S.C., a corporation, ANDREA UNAKANT OAK, M.D., and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) | Formerly case No. 08 L 2297, Circuit Court of Cook County, Illinois |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: CLIFFORD LAW OFFICES, P.C.          HALL, PRANGLE & SCHOONVELD,
    120 N. La Salle Street, Suite 3100          LLC
    Chicago, Illinois 60602                           200 S. Wacker Dr., Suite 3300
                                                                  Chicago, Illinois 60606

    CUNNINGHAM, MEYER &
    VEDRINE, P.C.
    4200 Cantera Dr., Suite 112
    Warrenville, Illinois 60555

      PLEASE TAKE NOTICE that on **Tuesday, July 22, 2008,** at **9:00 a.m.**, I will appear before **Judge Der-Yeghiayan** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **United States' Motion to Dismiss for Failure to Exhaust Administrative Remedies,** at which time and place you may appear, if you see fit.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

                                          By: s/ Jonathan C. Haile
                                              JONATHAN C. HAILE
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 886-2055
                                              jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with F<small>ED</small>. R. C<small>IV</small>. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on July 14, 2008 to the following non-ECF filers:

CLIFFORD LAW OFFICES, P.C.
120 N. La Salle Street, Suite 3100
Chicago, Illinois 60602

CUNNINGHAM, MEYER &
VEDRINE, P.C.
4200 Cantera Dr., Suite 112
Warrenville, Illinois 60555

HALL, PRANGLE & SCHOONVELD, LLC
200 S. Wacker Dr., Suite 3300
Chicago, Illinois 60606

By:  s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055