UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Abigaile I. Perez, et al.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−03932
                                         Honorable Samuel Der−Yeghiayan

Sherman Hospital, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant United States of America's motion to dismiss for failure to exhaust administrative remedies [3] is entered and continued. Plaintiffs' response shall be filed by 08/22/08 and the United States of America's reply shall be filed by 09/12/08. Status hearing set for 10/22/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.