KAH/lb
08-0022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABIGAILE I. PEREZ, a Minor, by<br>LILLIAN PEREZ, her Mother and Next Friend,<br>LILLIAN PEREZ, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>SHERMAN HOSPITAL, a corporation,<br>SHERMAN HEALTH SYSTEMS, a corporation,<br>WELL CARE NEONATOLOGISTS, S.C.,<br>    a corporation,<br>ANDREA UNAKANT OAK, M.D.,<br>UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 3932<br>)<br>) Formerly Case No. 08 L 2297<br>) Circuit Court of Cook County, Illinois<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    The undersigned, an Attorney for Plaintiff, hereby certifies that in accordance with Fed. R. Civ. P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), this **Certificate of Service,** pertaining to *Plaintiff's Request to Produce to Defendant, United States of America,* was served pursuant to the district court's ECF system as to the following ECF filers:

*Attorney for United States of America*
Jonathan C. Haile
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
Fax: (312) 886-4073
jonathan.haile@usdoj.gov

The aforementioned *Plaintiff's Request to Produce to Defendant, United States of America*, was sent to Jonathan C. Haile, above, and to the following non-ECF filers (along with this Certificate of Service), via facsimile transmission and first class mail:

*Attorney for SHERMAN HOSPITAL, a corporation, and SHERMAN HEALTH SYSTEMS, a corporation*
Laura G. Postilion
Hall, Prangle & Schoonveld, LLC
200 South Wacker Dr., 33rd Floor
Chicago, Illinois 60606
(312) 345-9600
Fax: (312) 345-9608

*Attorneys for WELL CARE NEONATOLOGISTS, S.C., a corporation, and ANDRE OAK, M.D.*

Scott A. Herbert
Cunningham, Meyer & Vedrine, P.C.
4200 Cantera Drive, Suite 112
Warrenville, Illinois 60555
Main:   (630) 260-8600
DD:     (630) 260-2736
Fax:    (630) 260-8080


this 23rd day of July, 2008.

/s/ Keith A. Hebeisen
Keith A. Hebeisen #6185378
Robert Strelecky
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle, 31st Floor
Chicago, Illinois 60602
(312) 899-9090
kah@cliffordlaw.com